**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiff, CODY RAY PETTIGREW; an individual

Stephen E. Horan SBN 125241
William Camy State Bar No. 291397
**PORTER SCOTT ATTORNEYS**
350 University Avenue
Suite 200
Sacramento, CA 95825
Telephone: 916-929-1481
Fax: 916-927-3706
E-mail: wcamy@porterscott.com

Attorney for Defendants, COUNTY OF BUTTE, et al.

Peter G. Bertling S.B. #131602
Jemma Parker Saunders State Bar No. 227962
**BERTLING LAW GROUP**
15 West Carrillo Street
Suite 100
Santa Barbara, CA 93101
Telephone: 805-879-7558 x1007
Fax: 806-962-0722
E-mail: jemma@bertlinglawgroup.com

Attorney for Defendant WELLPATH MANAGEMENT, INC.

Stipulation to Set Settlement Conference
*Pettigrew v. County of Butte, et al.* Case No. 2:20-cv-00927-MCE-KJN
1

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY RAY PETTIGREW,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE, et al.<br><br>    Defendants. | CASE NO.: 2:20-cv-00927-MCE-KJN<br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Kendall J. Newman.<br><br>Date Action Filed: June 10, 2020<br>Trial Date: None Assigned |

Pursuant to the Court's Order and Local Rule 143, the parties respectfully submit this stipulation to set a settlement conference before the Honorable Kendall J. Newman. The parties stipulate to a Settlement Conference date and time of February 12, 2021 at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 13, 2021                         **THE LAW OFFICES OF JOHN L. BURRIS**

                                                /s/ *James Cook*
                                                James Cook
                                                Attorney for Plaintiff
                                                CODY RAY PETTIGREW


                                                **PORTER SCOTT ATTORNEYS**

Dated: January 13, 2021                         /s/ *Stephen E. Horan*
                                                Stephen E. Horan
                                                Attorney for Defendants
                                                COUNTY OF BUTTE, et al.


                                                **BERTLING LAW GROUP**

Dated: January 13, 2021                         /s/ *Jemma Saunders*
                                                Jemma Parker Saunders

Attorney for Defendants
WELLPATH MANAGEMENT, INC.

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing, it is hereby ordered:

A Settlement Conference is hereby set for February 12, 2021 at 9:00 a.m. before the Honorable Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: January 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE