**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Ben.Nisenbaum@johnburrislaw.com

Attorneys for Plaintiff,
CODY RAY PETTIGREW, an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY PETTIGREW<br><br>      Plaintiff,<br> vs.<br><br>COUNTY OF BUTTE, a municipal corporation; KORY L. HONEA, individually and in his capacity as Sheriff for BUTTE COUNTY; MAXIE, individually and in his capacity as a Deputy for Butte County Jail; CHRISTOPHER LOCKHART, individually and in his capacity as a Deputy for the Butte County Jail; E. WILLADSEN, individually and in his capacity as a Deputy for Butte County Jail; D. DARNELL, individually and in his capacity as a Deputy for Butte County Jail; WELLPATH, INC., a privately held corporation; ASHLEE RUNNELS, individually and in her capacity as a Nurse for WELLPATH, INC.; JESSICA DELANY, individually and in her capacity as a Nurse for WELLPATH, INC.; MARGARET WALMAN, individually and in her capacity as a Nurse for WELLPATH, INC.; TANYA ATKINSON, individually and in her capacity as a Nurse for WELLPATH; DANIELA SHOEMAKER, individually and in her capacity as Nurse for WELLPATH, INC.; and DOES 1- | CASE NO.: 2:20-cv-00927-MCE-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Fed. R. Civ. P. 41* |

50, inclusive, individually, jointly and severally,

Defendants.

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff CODY RAY PETTIGREW and Defendants COUNTY OF BUTTE, MAXIE, CHRISTOPHER LOCKHART, E. WILLADSEN, D. DARNELL, WELLPATH, INC., ASHLEE RUNNELS, JESSICA DELANY, MARGARET WALMAN, TANYA ATKINSON, DANIELA SHOEMAKER, and DOES 1-50, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims and causes of action as to the above-named Defendants be dismissed with prejudice, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  March 15, 2021                **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
James Cook
Attorney for Plaintiff
CODY RAY PETTIGREW

Dated: March 15, 2021                **PORTER SCOTT ATTORNEYS**

BY*/s/ Stephen E. Horan*
Stephen E. Horan
Attorney for Defendants
BUTTE COUNTY, KORY HONEA,
CHRISTOPHER LOCKHART, KEVIN
MAXEY (erroneously sued as MAXIE), ERIC
WILLADSEN and BRIAN DARNELL
(erroneously sued as D. DARNELL)

Dated: March 15, 2021                **BERTLING LAW GROUP**

BY*/s/ Jemma Parker Saunders*
Jemma Parker Saunders

Attorney for Defendants
WELLPATH INC., SHLEE RUNNELS, JESSICA DELANY, MARGARET WALMAN, TANYA ATKINSON, DANIELA SHOEMAKER

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that all claims and causes of action as to Defendants COUNTY OF BUTTE, MAXIE, CHRISTOPHER LOCKHART, E. WILLADSEN, D. DARNELL, WELLPATH, INC., ASHLEE RUNNELS, JESSICA DELANY, MARGARET WALMAN, TANYA ATKINSON, DANIELA SHOEMAKER, and DOES 1-50 are DISMISSED WITH PREJUDICE, with Plaintiff and Defendant each bearing their own attorney's fees and costs.

Dated: _____

_____
Hon. Morrison C. England, Jr.
Senior United States District Judge